B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Winchester Builders, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**05-92014918** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**573 West Slippery Rock Drive**<br>**Palatine, IL**<br>ZIP Code **60067** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9       of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13     of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as       business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Winchester Builders, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Winchester Builders, LLC** |

## Signatures

### Signature(s) of Debtor (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Richard Fonfrias**
Signature of Attorney for Debtor(s)

**Richard Fonfrias**
Printed Name of Attorney for Debtor(s)

**Fonfrias Law Group, LLC**
Firm Name

**70 West Madison**
**Suite 1400**
**Chicago, IL 60602**

Address

            **Email: rfonfrias2025@gmail.com**
**(312) 969 - 0730 Fax: (312) 624 - 7954**
Telephone Number

**January 3, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Carl Roppolo**
Signature of Authorized Individual

**Carl Roppolo**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**January 3, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Winchester Builders, LLC**                      ,     Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 1,702.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 103,886.48 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 1,452,893.11 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 1,702.00 | | |
| Total Liabilities | | | | 1,556,779.59 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Winchester Builders, LLC** _____ ,
   Debtor

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Winchester Builders, LLC**                                    ,   Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Winchester Builders, LLC**                                    ,    Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **MB Financial Bank Corporate Operating Account** | - | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           **100.00**
(Total of this page)

  __2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Winchester Builders, LLC**                                             ,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Airport Road Plaza, LLC** | - | 1,602.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >   **1,602.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Winchester Builders, LLC**                                          ,    Case No. _____
                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          0.00
(Total of this page)

Total >        1,702.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Winchester Builders, LLC**                                           ,    Case No. _____
                                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__  continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10)

In re    **Winchester Builders, LLC**

_____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

___1___    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Winchester Builders, LLC**                                    ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx874-1** <br><br> **I.D.E.S. Northern Region** <br> **260 East Indian Trail Road** <br> **Aurora, IL 60505-1733** | - | | **Payment Delinquencies 2006 - 2009** | | | | <br> 12,359.48 | 0.00 <br><br> 12,359.48 |
| Account No. **xx-xxx1131** <br><br> **Illinois Dept. of Revenue** <br> **P.O. Box 19035** <br> **Springfield, IL 62794-9035** | - | | **2007 & 2008 Illinois Withholding Taxes Allegedly Owed** | | | | <br> 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> **Internal Revenue Service** <br> **P.O. Box 21126** <br> **Philadelphia, PA 19114-0326** | - | | **Federal Tax Lien** | | | | <br> 91,527.00 | 0.00 <br><br> 91,527.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 <br> 103,886.48     103,886.48 |
| | Total (Report on Summary of Schedules) | 0.00 <br> 103,886.48     103,886.48 |

B6F (Official Form 6F) (12/07)

In re    **Winchester Builders, LLC**                                                              ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **x6985** <br><br>**Acton Mobile Industries 8007 A Corporate Drive Nottingham, MD 21236** | | - | | | Notice Only | | | | 0.00 |
| Account No. **xxxxx6691** <br><br>**ADT Security Service, Inc. P.O. Box 371967 Pittsburgh, PA 15250-7967** | | - | | | Notice Only | | | | 0.00 |
| Account No. <br><br>**Advanced Business Machines 5344 - 11th Street Rockford, IL 61103** | | - | | | | | | | 0.00 |
| Account No. **0016** <br><br>**Advanta Bank Corp. P.O. Box 8088 Philadelphia, PA 19101-8088** | X | - | | | Charge Card | | | | 4,588.71 |

___21___ continuation sheets attached

Subtotal
(Total of this page)                                         4,588.71

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:41239-101118    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Winchester Builders, LLC**                                      ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9913**<br><br>**Alliant Law Group, P.C.**<br>**P.O. Box 468569**<br>**Atlanta, GA 31146** | - | | Collection For A&T | | | | 132.47 |
| Account No. **xxxxxxx xxx 2678, xxxx & 2677**<br><br>**Always Greener Lawn & Landscape**<br>**P.O. Box 1041**<br>**Belvidere, IL 61008** | - | | | | | | 7,353.41 |
| Account No.<br><br>**Amcore Bank, N.A. n/k/a Harris**<br>**501 - 7th Street**<br>**P.O. Box 1537**<br>**Rockford, IL 61110-0037** | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>**ARM Solutions**<br>**P.O. Box 2929**<br>**Camarillo, CA 93011-2829** | - | | Collection Agency For MDC Environmental Services | | | | 0.00 |
| Account No. **xxxxx3763**<br><br>**AT&T Mobility**<br>**P.O. Box 6463**<br>**Carol Stream, IL 60197-6463** | - | | Phone Services | | | | 1,907.42 |

Sheet no. __1___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,393.30**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Winchester Builders, LLC** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Attorney Brent Blair<br>One Court Place<br>Suite 404<br>Rockford, IL 61101** | X | - | | **Attorney For Dan Milles & Melissa Prete; Case No.: 2009 SC 266** | | | | 3,000.00 |
| Account No.<br><br>**Attorney Chuck Timmerwilke<br>Heyo, Royster, Voelker & Allen<br>P.O. Box 1228<br>Rockford, IL 61105-1228** | | - | | **Attorney For Co-Defendant in Stacy Rae Locknar-Tecklics v. G & O Landscaping, Inc. Slip & Fall Personal Injury Action** | | | X | 1.00 |
| Account No.<br><br>**Attorney David G. Trout<br>303 W. Madison<br>Suite 1925<br>Chicago, IL 60606** | X | - | | **Attorney For TP Lending** | | | X | 528,376.82 |
| Account No.<br><br>**Attorney David J. Brown<br>318 N. First Street<br>Rockford, IL 61107** | | - | | **Attorney For WHO Concrete Construction; 2009 AR 857** | | | | 12,337.85 |
| Account No.<br><br>**Attorney Dean J. Tatooles<br>233 S. Wacker Drive<br>22nd Floor<br>Chicago, IL 60606** | | - | | **Attorney for Schlichting Excavating; 2009 L 025** | | | | 118,878.40 |

Sheet no. _**2**___ of _**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**662,594.07**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Winchester Builders, LLC**                                    ,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Attorney Donald C. Stinespring Jr.<br>5414 Hill Road<br>P.O. Box 382<br>Richmond, IL 60071 | - | | | **Attorney For J Pease Construction Co., Inc.** | | | | 84,547.07 |
| Account No.<br><br>Attorney Erik Carlson<br>1491 S. Bell School Road<br>P.O. Box 5143<br>Rockford, IL 61125 | - | | | **Attorney For Woodchuck Tree Service** | | | | 17,500.00 |
| Account No.<br><br>Attorney James Devine<br>Williams & McCarthy LLP<br>P.O. Box 219<br>Rockford, IL 61105 | - | | | **Attorney For Co-Defendant in Stacy Rae Locknar-Teklics v. G & O Landscaping, Inc. Slip & Fall Personal Injury Action** | | | X | 1.00 |
| Account No.<br><br>Attorney James Thompson<br>515 North Court Street<br>Rockford, IL 61103-6807 | - | | | **Legal Services Rendered** | | | | 3,215.08 |
| Account No.<br><br>Attorney Jeff Hoskins<br>6735 Vistagreen Way<br>P.O. Box 2903<br>Loves Park, IL 61132 | - | | | **Collecting Attorney For Rockford Blacktop Construction Company; 07 L 46, Boone County** | | | | 179,653.69 |

Sheet no. __3__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |  284,916.84

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Winchester Builders, LLC** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Attorneys For City Of Woodstock; 10 MR 55 | | | | |
| Attorney Jennifer J. Gibson Zukowski, Rogers, Flood, McArdle 50 Virginia Street Crystal Lake, IL 60014 | | - | | | | | 2,150.00 |
| Account No. | | | Attorney For Harvard Nursery | | | | |
| Attorney Joel Berg 16 N. Ayer Street Harvard, IL 60033 | X | - | | | | | 7,010.40 |
| Account No. | | | Collection For Legal Fees | | | | |
| Attorney John Maville 600 South State Street Suite 307 Belvidere, IL 61008 | | - | | | | | 3,402.50 |
| Account No. | | | Attorney For Commercial Mortgage & Finance Co. | | | | |
| Attorney Karl Winkler 124 N. Water Street #300 Rockford, IL 61107 | | - | | | | | 50,000.00 |
| Account No. | | | Attorney For TP Lending; Notice Only | | | | |
| Attorney L. Steven Platt 19 W. Jackson, 3rd Floor Chicago, IL 60604 | | - | | | | | 0.00 |

Sheet no. __4__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**62,562.90**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Winchester Builders, LLC**                                          , Case No. _____

                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Attorney Michael Hedeen<br>321 W. State Street<br>Suite 1200<br>Rockford, IL 61101 | - | | Attorney For Swinson Materials, Inc.; 08 AR 83; Boone County | | | | 35,000.00 |
| Account No. <br><br>Attorney Richard K. Van Evera<br>6833 Stalter Drive<br>First Floor<br>Rockford, IL 61108 | - | | Attorney For Lonnie's Carpet Connection, Inc.; 09 AR 49 | | | | 15,953.00 |
| Account No. <br><br>Attorney Richard K. Van Evera<br>6833 Stalter Drive<br>First Floor<br>Rockford, IL 61108 | - | | Attorney For Dance-Winger Landscape; 08 AR 107; Boone County | | | | 25,914.00 |
| Account No. <br><br>Attorney Robert A. Calgaro<br>120 West State Street<br>Suite 300<br>Rockford, IL 61101 | - | | Attorney For Gene Nelson & Sons, Inc. | | | | 0.00 |
| Account No. **x9336**<br><br>Attorney Terry Hoss<br>P.O. Box 449<br>Cherry Valley, IL 61016 | - | | Attorney For Acme Plumbing, L.L.C. | | | | 13,937.17 |

Sheet no. _5_ of _21_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **90,804.17**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Winchester Builders, LLC**                                                    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Fire Alarm Monitoring | | | | |
| **Audio Engineering, Inc.** **5155 Torque Drive** **Loves Park, IL 61111** | - | | | | | | | 1,405.11 |
| Account No. | | | | Notice Only | | | | |
| **Barrington Bank & Trust** **201 S. Hough Street** **Barrington, IL 60010** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Bayview Loan Servicing, LLC** **P.O. Box 3042** **Milwaukee, WI 53201-3042** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Benson Stone Company** **1100 - 11th Street** **Rockford, IL 61104** | - | | | | | | | 0.00 |
| Account No. **xxxxH100** | | | | | | | | |
| **Bertel Peterson Company, Inc.** **9902 North Alpine Road** **Machesney Park, IL 61115-8211** | - | | | | | | | 9,853.00 |

Sheet no. __6___ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,258.11

B6F (Official Form 6F) (12/07) - Cont.

In re  **Winchester Builders, LLC**
_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice Only | | | | |
| Bestler Corp. 246 Keyes Avenue Hampshire, IL 60140-9444 | - | | | | | | | 0.00 |
| Account No. xxx981-5 | | | | Collection For D & B Advertising | | | | |
| C & W Consultants P.O. Box 8338 Rolling Meadows, IL 60008 | - | | | | | | | 11,520.00 |
| Account No. | | | | Loan/Advances Made to Corporation (Dollar Amount Unknown) | | | | |
| Carl Roppollo 573 West Slippery Rock Drive Palatine, IL 60067 | - | | | | | | | 0.00 |
| Account No. xx-xxxx00-00 | | | | Water & Sewer Services For 534 Whitney Blvd., Belvidere, IL | | | | |
| City of Belvidere Water & Sewer Department 401 Whitney Blvd., Ste. 200 Belvidere, IL 61008 | - | | | | | | | 450.55 |
| Account No. | | | | | | | | |
| City of Harvard/Municipal Building 201 W. Front Street P.O. Box 310 Harvard, IL 60033 | - | | | | | | | 4,346.65 |

Sheet no. __7___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 16,317.20 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Winchester Builders, LLC**                                    ,      Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx4010**<br><br>ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | - | | | | Utility Services For 205 Cadillac Court, Unit 4, Belvidere, IL | | | | 3,800.00 |
| Account No. **xxxx/xxxx/xxxx/5761**<br><br>Counter Creations, LLC<br>22521 Grand Highway<br>Marengo, IL 60152 | - | | | | | | | | 4,020.01 |
| Account No.<br><br>Dance-Winger Landscape Const.<br>914 Pine Valley Drive<br>Rockford, IL 61107 | - | | | | Notice Only | | | | 0.00 |
| Account No.<br><br>DC Systems<br>757 Graham Road, Ste 2<br>P.O. Box 996<br>Cuyahoga Falls, OH 44223 | - | | | | Collection For SBC/AT&T | | | | 132.47 |
| Account No. **1704**<br><br>Electrical Systems of Rockford Inc.<br>4579 American Road<br>Rockford, IL 61109 | - | | | | | | | | 15,322.00 |

Sheet no. __8___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,274.48

B6F (Official Form 6F) (12/07) - Cont.

In re **Winchester Builders, LLC** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ero-Tex** <br>**N94 W14330 Garwin Mace Drive** <br>**Menomonee Falls, WI 53051** | - | | | | | | 9,520.70 |
| Account No. <br><br>**Evergreen Irrigation, Inc.** <br>**126 N. Madison Street** <br>**Rockford, IL 61107** | - | | | | | | 5,370.00 |
| Account No. **xxxx xxxx xxxx 0867** <br><br>**Exon Mobile** <br>**Processing Center** <br>**P.O. Box 688938** <br>**Des Moines, IA 50368-8938** | - | | Charge Card | | | | 2,352.06 |
| Account No. <br><br>**Franks Gerkin McKenna P.C.** <br>**19333 E. Grant Highway** <br>**P.O. Box 5** <br>**Marengo, IL 60152-0005** | - | | Attorney For Testing Service Corporation; 09 SC 114; 5009199 | | | | 4,519.70 |
| Account No. <br><br>**Fulbright & Associates** <br>**1707 E. State Street** <br>**P.O. Box 1510** <br>**Rockford, IL 61110** | - | | Attorney for Rockford Transport, Inc. | | | | 9,051.15 |

Sheet no. __9__ of __21__ sheets attached to Schedule of    Subtotal    30,813.61
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Winchester Builders, LLC** _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx5874** <br><br> **GC Services Limited Partnership** <br> **Collection Agency Division** <br> **6330 Gulfton** <br> **Houston, TX 77081** | - | | | | Collection For Illinois Department Of Employment Security 2006 - 2008; IL Dept of Employment Securities Delinquencies | | | | 4,579.96 |
| Account No. <br><br> **Gene Nelson & Sons, Inc.** <br> **5048 Forest Hills Court** <br> **Loves Park, IL 61111** | - | | | | For Work At Cadillac Court, Unit 2, Belvidere, IL | | | | 15,688.00 |
| Account No. **xx xMC95** <br><br> **General Electric Co.** <br> **GE Appliance Contract** <br> **P.O. Box 640506** <br> **Pittsburgh, PA 15264-0506** | - | | | | Appliance Contract | | | | 3,529.19 |
| Account No. **xxxx9532** <br><br> **Harvard Collection Services Inc.** <br> **4839 N. Elston Avenue** <br> **Chicago, IL 60630-2534** | - | | | | Collection Agency For Verizon North | | | | 0.00 |
| Account No. <br><br> **Harvard Collection Services Inc.** <br> **4839 N. Elston Avenue** <br> **Chicago, IL 60630-2534** | - | | | | Collection For ComEd; Notice Only | | | | 0.00 |

Sheet no. __10__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,797.15

B6F (Official Form 6F) (12/07) - Cont.

In re    **Winchester Builders, LLC**                                      ,    Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Harvard Nursery<br>5801 Island Road<br>Harvard, IL 60033** | - | | | | | | | **4,902.40** |
| Account No. **4626** <br><br>**Hermanson Painting & Decorating Inc<br>12547 Ashfield Road<br>Caledonia, IL 61011** | - | | | | | | | **6,700.00** |
| Account No. **x6232** <br><br>**IG Consulting, Inc.<br>300 Marquardt Drive<br>Suite 101<br>Wheeling, IL 60090** | - | | | Study Re: Base FLood Elevations | | | | **535.02** |
| Account No. **xxxxx4918** <br><br>**IL Dept of Employment Security<br>P.O. Box 3637<br>Springfield, IL 62708-3637** | - | | | | | | | **0.00** |
| Account No. **x6985** <br><br>**James Stevens & Daniels<br>1283 College Park Drive<br>Dover, DE 19904** | - | | | Collection For Acton Mobile Industries | | | | **6,677.95** |

Sheet no. __11__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,815.37**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Winchester Builders, LLC**                                        ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ken-Z Roofing, Inc.** <br>**1318 - 18th Avenue** <br>**Rockford, IL 61104** | - | | | | | | 6,093.00 |
| Account No. <br><br>**Keogh & Moody, P.C.** <br>**1001 East Chicago Avenue #103** <br>**Naperville, IL 60540** | - | | **Counsels For Southtowne Condominium Association/Alleged Association Construction Violations** | | | X | 1.00 |
| Account No. **xx9996** <br><br>**Law Offices Of Serota, Avis & Assoc** <br>**P.O. Box 1008** <br>**Arlington Heights, IL 60006** | - | | **Collection For ADT Security Services** | | | | 0.00 |
| Account No. <br><br>**Lawn Maintenance Services, Inc.** <br>**3344 Garden Prairie Road** <br>**Garden Prairie, IL 61038-9422** | - | | | | | | 17,214.00 |
| Account No. **xxB-111** <br><br>**Lawn Scapes/Bottensek Inc.** <br>**4722 East Rockton Road** <br>**Unit 1** <br>**Roscoe, IL 61073** | - | | **8th Street Ditch** | | | | 2,622.00 |

Sheet no. __12__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,930.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Winchester Builders, LLC**                              , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0409**<br><br>**MDC Environmental Services**<br>**1050 Greenlee Street**<br>**Marengo, IL 60152** | - | | | | | | 290.99 |
| Account No. **xxxx/xxxx/7361**<br><br>**Metro Insulation, Inc.**<br>**2119 N. Central Avenue**<br>**Rockford, IL 61101** | - | | | | | | 4,250.00 |
| Account No.<br><br>**Midland Standard Engineering**<br>**558 Plate Road**<br>**Unit 6**<br>**Dundee, IL 60118** | - | | | | | | 3,548.00 |
| Account No. **342**<br><br>**Mike McGrew Construction, Inc.**<br>**3626 Fairway Place**<br>**Rockford, IL 61107** | - | | | | | | 2,905.00 |
| Account No. **xxxxxx-xx1198**<br><br>**National Recovery Agency**<br>**P.O. Box 67015**<br>**Harrisburg, PA 17106-7015** | - | | **Collection For Aqua Services, Inc.** | | | | 586.46 |

Sheet no. __13__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,580.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **Winchester Builders, LLC**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx4-DOM**<br><br>**NCO Financial Systems Inc.**<br>**P.O. Box 17196**<br>**Baltimore, MD 21297** | - | | | **Collection For Nicor Gas** | | | | **2,734.22** |
| Account No. **xx-xx-xx-x315 9**<br><br>**NICOR**<br>**P.O. Box 0632**<br>**Aurora, IL 60507-0632** | - | | | **Utility Services For 205 Cadillac Court, Suite 5, Belvidere, IL** | | | | **0.00** |
| Account No. **xx-xx-xx-x061 8**<br><br>**NICOR**<br>**P.O. Box 0632**<br>**Aurora, IL 60507-0632** | - | | | **Utility Services For 1313 Sage Lane, Harvard, IL** | | | | **339.56** |
| Account No.<br><br>**Norstar Mechanical Ind.**<br>**122 N. Second Street**<br>**Rockford, IL 61107** | - | | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Northern Lights Unlimited, Inc.**<br>**1106 Logan Avenue**<br>**Belvidere, IL 61008** | - | | | | | | | **767.42** |

Sheet no. __14__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,841.20**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Winchester Builders, LLC**                                    ,    Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1140**<br><br>**Old Second National Bank**<br>**Attn:  Loan Department**<br>**37 South River Street**<br>**Aurora, IL 60506-4172** | - | | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Orput Companies, Inc.**<br>**1639 N. Alpine Road**<br>**4th Floor**<br>**Rockford, IL 61107** | - | | | | | | | 0.00 |
| Account No. **xxxx/0836**<br><br>**Pearson Brown And Associates**<br>**1850 W. Winchester Road**<br>**Suite 205**<br>**Libertyville, IL 60048-5353** | - | | | Consulting Engineers | | | | 8,326.00 |
| Account No.<br><br>**Pease Construction Inc.**<br>**5104 Mann Drive**<br>**Ringwood, IL 60072** | - | | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Pedersen Co.**<br>**6 N. 5643 Route 25**<br>**Saint Charles, IL 60174** | - | | | Landscaping Services | | | | 19,718.00 |

Sheet no. _**15**_ of _**21**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**28,044.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Winchester Builders, LLC**                                    Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1371** <br><br> **Peter Baker & Son Co.** <br> **P.O. Box 187** <br> **Lake Bluff, IL 60044** | - | | | | | | **42,756.05** |
| Account No. **xxxx-xxxx-xxxx-x9084** <br><br> **Pitney Bowers** <br> **Purchase Power** <br> **P.O. Box 856042** <br> **Louisville, KY 40285-6042** | - | | | | | | **326.42** |
| Account No. **Winchester** <br><br> **R.E. Allen And Associates, Ltd.** <br> **31 S. Slusser Street** <br> **Grayslake, IL 60030** | - | | | | | | **485.00** |
| Account No. **x6279** <br><br> **Rockford Industrial Welding Supply,** <br> **P.O. Box 5404** <br> **Rockford, IL 61125-0404** | - | | | | | | **399.00** |
| Account No. <br><br> **Rogers Drywall, Inc.** <br> **2115 Harlem Road** <br> **Loves Park, IL 61111** | - | | | | | | **37,477.00** |

Sheet no. __16__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**81,443.47**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Winchester Builders, LLC**                                          ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xxx/xx-xx-xxx/xx-x2-106** | | | | | | | |
| **Saunders & Associates Architects** **6072 Brynwood Drive** **Suite 208** **Rockford, IL 61114** | - | | | | | | 3,516.25 |
| Account No. **xx0447** | | | | | | | |
| **SEC Group Inc.** **420 N. Front Street** **Suite 100** **McHenry, IL 60050** | - | | | | | | 2,737.96 |
| Account No. | | | Attorneys For Evergreen Irrigation, Inc.; Notice Only | | | | |
| **Shriver, O'Neill & Thompson** **515 N. Court Street** **Rockford, IL 61103-6807** | | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Social Security Administration** **Metro West** **P.O. Box 33021** **Baltimore, MD 21290-3021** | - | | | | | | 0.00 |
| Account No. **xxxxx/x3912** | | | | | | | |
| **Soil And Material Consultants, Inc.** **8 West College Drive, Unit C** **Arlington Heights, IL 60004** | - | | | | | | 5,424.00 |

Sheet no. __17__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **11,678.21**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Winchester Builders, LLC**                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx0193** | | | | **Collection For Bestler Corp.** | | | | |
| **Solomon & Leadley** **320 East Indian Trail** **Aurora, IL 60505-1760** | - | | | | | | | |
| | | | | | | | | **3,735.00** |
| Account No. | | | | **Stacy Rae Locknar-Teklic Slip & Fall Case, 06 L 23, Boone County, State of Illinois** | | | | |
| **Stacy Rae Locknar-Teklics** **c/o Attorney Timothy J Winfield** **One North LaSalle St., Ste. 2600** **Chicago, IL 60602** | - | | | | | | X | |
| | | | | | | | | **1.00** |
| Account No. **x8-024** | | | | | | | | |
| **Steven M. Papesh & Associates, P.C.** **6477 Broad Street** **Roscoe, IL 61073** | - | | | | | | | |
| | | | | | | | | **3,350.00** |
| Account No. **xxxxxx4719** | | | | | | | | |
| **Stock Building Supply** **Attn:  Colleen Scott** **1331 Davis Road** **Elgin, IL 60123** | - | | | | | | | |
| | | | | | | | | **20,365.88** |
| Account No. | | | | **Collection For Barrington Bank & Trust.** | | | | |
| **Sulzer & Shopiro, LOtd.** **111 W. Washington Street** **Suite 855** **Chicago, IL 60602** | - | | | | | | | |
| | | | | | | | | **0.00** |

Sheet no. __**18**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 27,451.88 |
|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Winchester Builders, LLC**  ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Swinson Materials, Inc.** **3621 Baxter Road** **Rockford, IL 61109** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Testing Service Corporation** **360 South Main Place** **Carol Stream, IL 60188-2404** | - | | | | | | 0.00 |
| Account No. | | | Attorneys For Lawn Maintenance Services, Inc./Notice Only | | | | |
| **Tobin & Ramon** **530 S. State Street** **Suite 200** **Belvidere, IL 61008** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **TP Lending** **1106 Mill Creek Drive** **Buffalo Grove, IL 60089** | - | | | | | | 0.00 |
| Account No. **xx3058** | | | Collection For Advanced Business Machines | | | | |
| **Transworld Systems Inc.** **P.O. Box 4903** **Trenton, NJ 08650-4903** | - | | | | | | 428.16 |

Sheet no. __19__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  428.16

B6F (Official Form 6F) (12/07) - Cont.

In re   **Winchester Builders, LLC**                                    ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx-xx-5000**<br><br>**Valentine & Kebaratas, Inc.**<br>**P.O. Box 325**<br>**Lawrence, MA 01842** | | - | Attorneys For ADT Security Services | | | | 1,682.25 |
| Account No. **xx xxxx xxxxxxx92 08**<br><br>**Verizon North**<br>**P.O. Box 9688**<br>**Mission Hills, CA 91346-9688** | | - | Phone Services | | | | 2,484.99 |
| Account No. **8052,8084,8101,8149,xxxx&8388**<br><br>**Village Of Hawthorn Woods**<br>**2 Lagoon Drive**<br>**Lake Zurich, IL 60047** | | - | | | | | 4,561.92 |
| Account No. **xxx655 1**<br><br>**Voss, Michaels, Lee & Assoc.**<br>**P.O. Box 1829**<br>**Holland, MI 49422-1829** | | - | Collection For Bestler Corp./Notice Only | | | | 0.00 |
| Account No. **x4143**<br><br>**Wilson Electric Co.**<br>**113 South Madison Street**<br>**Rockford, IL 61104** | | - | | | | | 11,430.23 |

Sheet no. __20__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,159.39

B6F (Official Form 6F) (12/07) - Cont.

In re  **Winchester Builders, LLC**                                    , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| **Woodchuck Tree Service 8199 Dickenson Road Rockford, IL 61101** | - | | | | | | | **0.00** |
| Account No. **xxx-xxx-R344** | | | | Legal Services Rendered | | | | |
| **Zanck, Coen & Wright, P.C. 40 Brink Street Crystal Lake, IL 60014** | - | | | | | | | **3,200.44** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __21__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **3,200.44** |
| Total (Report on Summary of Schedules) | **1,452,893.11** |

B6G (Official Form 6G) (12/07)

.

In re    **Winchester Builders, LLC**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| | |

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

0

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Winchester Builders, LLC**                                          ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **A & D Properties LLC**<br>**673 West Slippery Rock Drive**<br>**Palatine, IL 60067** | **Attorney David G. Trout**<br>**303 W. Madison**<br>**Suite 1925**<br>**Chicago, IL 60606** |
| **Carl Roppollo**<br>**673 West Slippery Rock Drive**<br>**Palatine, IL 60067** | **Attorney David G. Trout**<br>**303 W. Madison**<br>**Suite 1925**<br>**Chicago, IL 60606** |
| **Carl Roppollo**<br>**673 West Slippery Rock Drive**<br>**Palatine, IL 60067** | **Attorney Brent Blair**<br>**One Court Place**<br>**Suite 404**<br>**Rockford, IL 61101** |
| **Carl Roppollo**<br>**673 West Slippery Rock Drive**<br>**Palatine, IL 60067** | **Advanta Bank Corp.**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101-8088** |
| **Carl Roppollo**<br>**673 West Slippery Rock Drive**<br>**Palatine, IL 60067** | **Attorney Joel Berg**<br>**16 N. Ayer Street**<br>**Harvard, IL 60033** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Winchester Builders, LLC**                                   Case No. _____

                                                    Debtor(s)        Chapter  **7**  _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**33**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January  3, 2011** _____        Signature   **/s/ Carl Roppolo** _____

                                                          **Carl Roppolo**
                                                          **Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Winchester Builders, LLC**

Debtor(s)

Case No. _____

Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,400,000.00** | **2009 Estimated Gross Receipts** |
| **$1,500,000.00** | **2008 Estimated Gross Receipts** |

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,000.00** | **2010 Landscaping Deposit Refund (Candlewick Lake)** |

### 3. Payments to creditors

**None** ■

***Complete a. or b., as appropriate, and c.***

   a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■

   b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■

   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐

   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **J Pease Construction Co., Inc. v. Winchester Builders, LLC** Case No.: 2010 LA 35` | **Collection** | **22nd Judicial Circuit, McHenry County State of Illinois** | **Judgment Entered** |
| **Rockford Transport, Inc. v. Winchester Builders, LLC** Case No.: 2009 SC 5887 | **Collection** | **17th Judicial Circuit, Winnebago County State of Illinois** | **Judgment Entered** |
| **Who Concrete Construction v. Wincester Builders, LLC** Case No.: 2009 AR 857 | **Collection** | **17th Judicial Circuit, Winnebago County State of Illinois** | **Judgment Entered** |
| **TP Lending v. Carl Roppolo, Et Al.** Case No.: 2010 L  009662 | **Collection** | **County of Cook State Of Illinois** | **Pending** |
| **Dan Milles & Melissa Prete v. Winchester Builders, LLC** Case No.: 2009 SC 266 | **Collection** | **17th Judicial Circuit, Boone County State Of Illinois** | **Judgment Entered** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Schlicting & Sons Excavating v. Winchster Builders, LLC**<br>**Case No.:  2009 L 025** | **Collection** | **17th Judicial Circuit, Boone County**<br>**State of Illinois** | **Judgment** |
| **Stacy Rae Locknar-Tecklics v. G & O Landscaping, Inc., Et. Al.**<br>**Case No.:  06 L 23** | **Personal Injury** | **17th Judicial Circuit, Boone County**<br>**State of Illinois** | **Pending** |
| **Rockford Blacktop Construction v. Winchester Builders, Et Al.**<br>**Case No.:  07 L 46** | **Collection** | **17th Judicial Circuit, Boone County**<br>**State Of Illinois** | **Pending** |
| **Lonnie's Carpet Connection v. Winchester Builders, LLC**<br>**Case No.:  09 AR 49** | **Collection** | **17th Judicial Circuit, Boone County**<br>**State Of Illinois** | **Pending** |
| **Testing Service Corporation v. Winchester Builders, LLC**<br>**Case No.:  09 SC 114** | **Collection** | **McHenry County**<br>**State of Illinois** | **Judgment Entered** |
| **City Of Woodstock v. Winchester Builders, LLC**<br>**Case No.:  10 MR 55** | **Collection** | **22nd Judicial Circuit, McHenry County**<br>**State of Illinois** | **Pending** |
| **Barrington Bank v. Turtle Crossings, LLC, Et Al.**<br>**Case No.:  09 CH 878** | **Mechanic's Lien Foreclosure Action** | **22nd Judicial Circuit, McHenry County**<br>**State Of Illinois** | **Pending** |
| **Rockford Transport Inc v. Winchester Builders, LLC**<br>**Case No.:  2009 SC 5887** | **Collection** | **17th Judicial Circuit, Winnebago County**<br>**State of Illinois** | **Judgment Entered** |
| **Rockford Carpetland USA v. Winchester Builders, LLC**<br>**Case No.:  2008 SC 116** | **Collection** | **17th Judicial Circuit, Winnebago County**<br>**State of Illinois** | **Judgment** |
| **Swinson Materials,Inc v. Winchester Builders, LLC**<br>**Case No.:  08 AR 83** | **Collection** | **17th Judicial, Boone County**<br>**State of Illinois** | **Judgment Entered** |
| **Dance-Winger Landscape Construction v. Winchester Builders, LLC**<br>**Case No.:  08 AR 107** | **Collection** | **17th Judicial Circuit, Boone County**<br>**State of Illinois** | **Judgment Entered** |
| **Lawn Maintenance Services, Inc. v. Belvidere Business Park, Et Al.**<br>**Case No.:  10 CH 331** | **Collection** | **17th Judicial Circuit, Boone County**<br>**State Of Illinoi** | **Pending** |
| **Law Offices Of John H. Mayville V. Winchester Builders, LLC**<br>**Case No.:  09 SC 25** | **Collection For Attorneys Fees** | **17th Judicial Circuit; Boone County**<br>**State of Illinois** | **Judgment Entered** |
| **TP Lending v A & D Properties, Et Al.**<br>**Case No.:  2009 CH 2045** | **Mortgage Foreclosure** | **22nd Judicial Circuit, McHenry County**<br>**State of Illinois** | **Judgment Entered** |
| **Commercial Mortgage & Finance v. Winchester Builders, LLC**<br>**Case No.:  09 CH 123** | **Mortgage Foreclosure** | **17th Judicial Circuit, Boone County**<br>**State of Illinois** | **Pending** |
| **Allways Greener v. Winchester Builders, Inc.**<br>**Case No.:  09 SC 108** | **Collection** | **17th Judicial Circuit, Boone County**<br>**State of Illinois** | **Pending** |

None
☐      b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

4

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **J Pease Construction Co., Inc.**<br>**c/o Attorney Donald C. Stinespring Jr.**<br>**5414 Hill Road**<br>**P.O. Box 382**<br>**Richmond, IL 60071** | **October 21, 2010** | **$6.26 From Debtor's MB Financial Bank Account** |

---

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None ☐ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **Amcore n/k/a Harris Bank**<br>**501 - 7th Street**<br>**Rockford, IL 61104** | **July 2010** | **532 Whitney Blvd., Belvidere, Illinois (Deed In Lieu Of Foreclosure)** |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Barrick Switzer Law/Richard Fonfrias**<br>**6833 Stalter Drive**<br>**700 W. Madison Ste. 1400**<br>**Chicago, IL 60602**<br>**Rockford, IL 61108** | **October 26, 2010; December 6, 2010** | **$2,299.00 (Including Filing Fee)** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

6

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **205 Cadillac Court, Belvidere, Illinois 61008** | **Same** | **February 2007 - February 2009** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■
   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ■
   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐
   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Computer Accounting**<br>**6306 N. Cicero**<br>**Chicago, IL 60606** | **2007 - 2009** |

None ■
   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None ☐
   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|
| **Carl Roppollo** | **573 West Slippery Road Drive**<br>**Palatine, IL 60067** |

None ■
   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Carl Roppollo**<br>**573 West Slippery Rock Drive**<br>**Palatine, IL 60067** | **Manager** | **0** |
| **A & D Properties, LLC**<br>**573 West Slippery Road Drive**<br>**Palatine, IL 60067** | **Member** | **100%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Carl Roppollo**<br>**573 West Slippery Rock Drive**<br>**Palatine, IL 60067**<br>  **Manager** | **November 29, 2010; Refund Of $3,000 Landscaping Deposit** | **$1,921.29; Remaining Funds Paid To Corporate Counsel** |

9

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                         TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **January  3, 2011**                           Signature  **/s/ Carl Roppolo**

                                                                  **Carl Roppolo**
                                                                  **Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Winchester Builders, LLC** _____    Case No. _____
_____
Debtor(s)    Chapter    **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,000.00** |
| Prior to the filing of this statement I have received | $ | **2,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.   ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **Fees Shared With Attorney Jason H. Rock of Barrick, Switzer, Long, Balsley & Van Evera**

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **January  3, 2011** _____        **/s/ Richard Fonfrias** _____
                                                            **Richard Fonfrias**
                                                            **Fonfrias Law Group, LLC**
                                                            **70 West Madison**
                                                            **Suite 1400**
                                                            **Chicago, IL 60602**
                                                            **(312) 969 - 0730   Fax: (312) 624 - 7954**
                                                            **rfonfrias2025@gmail.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Winchester Builders, LLC** _____   Case No. _____

                                             Debtor(s)         Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **108**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **January  3, 2011** _____       **/s/ Carl Roppolo** _____

                                                                  **Carl Roppolo**/**Manager**
                                                                  Signer/Title

A & D Properties LLC
673 West Slippery Rock Drive
Palatine, IL 60067


Acton Mobile Industries
8007 A Corporate Drive
Nottingham, MD 21236


ADT Security Service, Inc.
P.O. Box 371967
Pittsburgh, PA 15250-7967


Advanced Business Machines
5344 - 11th Street
Rockford, IL 61103


Advanta Bank Corp.
P.O. Box 8088
Philadelphia, PA 19101-8088


Alliant Law Group, P.C.
P.O. Box 468569
Atlanta, GA 31146


Always Greener Lawn & Landscape
P.O. Box 1041
Belvidere, IL 61008


Amcore Bank, N.A. n/k/a Harris
501 - 7th Street
P.O. Box 1537
Rockford, IL 61110-0037


ARM Solutions
P.O. Box 2929
Camarillo, CA 93011-2829


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


Attorney Brent Blair
One Court Place
Suite 404
Rockford, IL 61101

```
Attorney Chuck Timmerwilke
Heyo, Royster, Voelker & Allen
P.O. Box 1228
Rockford, IL 61105-1228


Attorney David G. Trout
303 W. Madison
Suite 1925
Chicago, IL 60606


Attorney David J. Brown
318 N. First Street
Rockford, IL 61107


Attorney Dean J. Tatooles
233 S. Wacker Drive
22nd Floor
Chicago, IL 60606


Attorney Donald C. Stinespring Jr.
5414 Hill Road
P.O. Box 382
Richmond, IL 60071


Attorney Erik Carlson
1491 S. Bell School Road
P.O. Box 5143
Rockford, IL 61125


Attorney James Devine
Williams & McCarthy LLP
P.O. Box 219
Rockford, IL 61105


Attorney James Thompson
515 North Court Street
Rockford, IL 61103-6807


Attorney Jeff Hoskins
6735 Vistagreen Way
P.O. Box 2903
Loves Park, IL 61132
```

Attorney Jennifer J. Gibson
Zukowski, Rogers, Flood, McArdle
50 Virginia Street
Crystal Lake, IL 60014


Attorney Joel Berg
16 N. Ayer Street
Harvard, IL 60033


Attorney John Maville
600 South State Street
Suite 307
Belvidere, IL 61008


Attorney Karl Winkler
124 N. Water Street #300
Rockford, IL 61107


Attorney L. Steven Platt
19 W. Jackson, 3rd Floor
Chicago, IL 60604


Attorney Michael Hedeen
321 W. State Street
Suite 1200
Rockford, IL 61101


Attorney Richard K. Van Evera
6833 Stalter Drive
First Floor
Rockford, IL 61108


Attorney Robert A. Calgaro
120 West State Street
Suite 300
Rockford, IL 61101


Attorney Terry Hoss
P.O. Box 449
Cherry Valley, IL 61016


Audio Engineering, Inc.
5155 Torque Drive
Loves Park, IL 61111

Barrington Bank & Trust
201 S. Hough Street
Barrington, IL 60010


Bayview Loan Servicing, LLC
P.O. Box 3042
Milwaukee, WI 53201-3042


Benson Stone Company
1100 - 11th Street
Rockford, IL 61104


Bertel Peterson Company, Inc.
9902 North Alpine Road
Machesney Park, IL 61115-8211


Bestler Corp.
246 Keyes Avenue
Hampshire, IL 60140-9444


C & W Consultants
P.O. Box 8338
Rolling Meadows, IL 60008


Carl Roppollo
573 West Slippery Rock Drive
Palatine, IL 60067


Carl Roppollo
673 West Slippery Rock Drive
Palatine, IL 60067


City of Belvidere
Water & Sewer Department
401 Whitney Blvd., Ste. 200
Belvidere, IL 61008


City of Harvard/Municipal Building
201 W. Front Street
P.O. Box 310
Harvard, IL 60033


ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Counter Creations, LLC
22521 Grand Highway
Marengo, IL 60152


Dance-Winger Landscape Const.
914 Pine Valley Drive
Rockford, IL 61107


DC Systems
757 Graham Road, Ste 2
P.O. Box 996
Cuyahoga Falls, OH 44223


Electrical Systems of Rockford Inc.
4579 American Road
Rockford, IL 61109


Ero-Tex
N94 W14330 Garwin Mace Drive
Menomonee Falls, WI 53051


Evergreen Irrigation, Inc.
126 N. Madison Street
Rockford, IL 61107


Exon Mobile
Processing Center
P.O. Box 688938
Des Moines, IA 50368-8938


Franks Gerkin McKenna P.C.
19333 E. Grant Highway
P.O. Box 5
Marengo, IL 60152-0005


Fulbright & Associates
1707 E. State Street
P.O. Box 1510
Rockford, IL 61110


GC Services Limited Partnership
Collection Agency Division
6330 Gulfton
Houston, TX 77081

Gene Nelson & Sons, Inc.
5048 Forest Hills Court
Loves Park, IL 61111


General Electric Co.
GE Appliance Contract
P.O. Box 640506
Pittsburgh, PA 15264-0506


Harvard Collection Services Inc.
4839 N. Elston Avenue
Chicago, IL 60630-2534


Harvard Nursery
5801 Island Road
Harvard, IL 60033


Hermanson Painting & Decorating Inc
12547 Ashfield Road
Caledonia, IL 61011


I.D.E.S. Northern Region
260 East Indian Trail Road
Aurora, IL 60505-1733


IG Consulting, Inc.
300 Marquardt Drive
Suite 101
Wheeling, IL 60090


IL Dept of Employment Security
P.O. Box 3637
Springfield, IL 62708-3637


Illinois Dept. of Revenue
P.O. Box 19035
Springfield, IL 62794-9035


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326


James Stevens & Daniels
1283 College Park Drive
Dover, DE 19904

Ken-Z Roofing, Inc.
1318 - 18th Avenue
Rockford, IL 61104

Keogh & Moody, P.C.
1001 East Chicago Avenue #103
Naperville, IL 60540

Law Offices Of Serota, Avis & Assoc
P.O. Box 1008
Arlington Heights, IL 60006

Lawn Maintenance Services, Inc.
3344 Garden Prairie Road
Garden Prairie, IL 61038-9422

Lawn Scapes/Bottensek Inc.
4722 East Rockton Road
Unit 1
Roscoe, IL 61073

MDC Environmental Services
1050 Greenlee Street
Marengo, IL 60152

Metro Insulation, Inc.
2119 N. Central Avenue
Rockford, IL 61101

Midland Standard Engineering
558 Plate Road
Unit 6
Dundee, IL 60118

Mike McGrew Construction, Inc.
3626 Fairway Place
Rockford, IL 61107

National Recovery Agency
P.O. Box 67015
Harrisburg, PA 17106-7015

NCO Financial Systems Inc.
P.O. Box 17196
Baltimore, MD 21297

NICOR
P.O. Box 0632
Aurora, IL 60507-0632


Norstar Mechanical Ind.
122 N. Second Street
Rockford, IL 61107


Northern Lights Unlimited, Inc.
1106 Logan Avenue
Belvidere, IL 61008


Old Second National Bank
Attn:  Loan Department
37 South River Street
Aurora, IL 60506-4172


Orput Companies, Inc.
1639 N. Alpine Road
4th Floor
Rockford, IL 61107


Pearson Brown And Associates
1850 W. Winchester Road
Suite 205
Libertyville, IL 60048-5353


Pease Construction Inc.
5104 Mann Drive
Ringwood, IL 60072


Pedersen Co.
6 N. 5643 Route 25
Saint Charles, IL 60174


Peter Baker & Son Co.
P.O. Box 187
Lake Bluff, IL 60044


Pitney Bowers
Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042

R.E. Allen And Associates, Ltd.
31 S. Slusser Street
Grayslake, IL 60030


Rockford Industrial Welding Supply,
P.O. Box 5404
Rockford, IL 61125-0404


Rogers Drywall, Inc.
2115 Harlem Road
Loves Park, IL 61111


Saunders & Associates Architects
6072 Brynwood Drive
Suite 208
Rockford, IL 61114


SEC Group Inc.
420 N. Front Street
Suite 100
McHenry, IL 60050


Shriver, O'Neill & Thompson
515 N. Court Street
Rockford, IL 61103-6807


Social Security Administration
Metro West
P.O. Box 33021
Baltimore, MD 21290-3021


Soil And Material Consultants, Inc.
8 West College Drive, Unit C
Arlington Heights, IL 60004


Solomon & Leadley
320 East Indian Trail
Aurora, IL 60505-1760


Stacy Rae Locknar-Teklics
c/o Attorney Timothy J Winfield
One North LaSalle St., Ste. 2600
Chicago, IL 60602

Steven M. Papesh & Associates, P.C.
6477 Broad Street
Roscoe, IL 61073


Stock Building Supply
Attn: Colleen Scott
1331 Davis Road
Elgin, IL 60123


Sulzer & Shopiro, LOtd.
111 W. Washington Street
Suite 855
Chicago, IL 60602


Swinson Materials, Inc.
3621 Baxter Road
Rockford, IL 61109


Testing Service Corporation
360 South Main Place
Carol Stream, IL 60188-2404


Tobin & Ramon
530 S. State Street
Suite 200
Belvidere, IL 61008


TP Lending
1106 Mill Creek Drive
Buffalo Grove, IL 60089


Transworld Systems Inc.
P.O. Box 4903
Trenton, NJ 08650-4903


Valentine & Kebaratas, Inc.
P.O. Box 325
Lawrence, MA 01842


Verizon North
P.O. Box 9688
Mission Hills, CA 91346-9688

Village Of Hawthorn Woods
2 Lagoon Drive
Lake Zurich, IL 60047


Voss, Michaels, Lee & Assoc.
P.O. Box 1829
Holland, MI 49422-1829


Wilson Electric Co.
113 South Madison Street
Rockford, IL 61104


Woodchuck Tree Service
8199 Dickenson Road
Rockford, IL 61101


Zanck, Coen & Wright, P.C.
40 Brink Street
Crystal Lake, IL 60014

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Winchester Builders, LLC**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Winchester Builders, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January  3, 2011**

Date

**/s/ Richard Fonfrias**

**Richard Fonfrias**

Signature of Attorney or Litigant
Counsel for   **Winchester Builders, LLC**

**Fonfrias Law Group, LLC**
**70 West Madison**
**Suite 1400**
**Chicago, IL 60602**
**(312) 969 - 0730 Fax:(312) 624 - 7954**
**rfonfrias2025@gmail.com**